AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Alton Adams <br> *Plaintiff* <br> v. <br> John C. Perry, Sheriff of Saluda County, CPL Michael Raffied, Sheriff's Dept., CPL Clark, and Sheriff Deputy, <br> *Defendant* | Civil Action No.    8:20-cv-4296-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge who adopted the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge.

Date:   January 10, 2023

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*